

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TONYA WEBER,

            Plaintiff,

       v.                                    Civil No. 07-1334-HO

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

            Defendant.

## JUDGMENT

Pursuant to sentence four of 42 U.S.C. §405(g), this action is reversed and remanded to the Commissioner for further administrative proceedings.

Dated: June _12_, 2008

                                                          Michael R. Hogan
                                                          United States District Judge

**JUDGMENT**                                        **DOCUMENT NO:** _____